UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLINTON CALHOUN, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-0031-O |
| | § | |
| AMERIQUEST MORTGAGE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S**
**NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT**

Defendant Ameriquest Mortgage Company ("Ameriquest") hereby files this Notice pursuant to the Scheduling Order applicable in this case that on December 27, 2007, it served via hand delivery on counsel for Plaintiff the following documents:

1. Defendant Ameriquest Mortgage Company's Motion for Summary Judgment;

2. Defendant Ameriquest Mortgage Company's Brief in Support of Motion for Summary Judgment;

3. Appendix containing evidentiary support for Motion for Summary Judgment; and

4. Proposed Order granting Motion for Summary Judgment.

Respectfully submitted,

*s/ Karen E. Sprole*
Karen E. Sprole
State Bar No. 00791715
DIAMOND McCARTHY TAYLOR
FINLEY & LEE, LLP
1201 Elm Street, Suite 3400
Dallas, Texas  75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)

**ATTORNEYS FOR DEFENDANT AMERIQUEST MORTGAGE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

Janette Johnson
State Bar No. 10744020
Janette Johnson& Associates
2601 Welborn Street
Dallas, Texas  75219
jjohnesq@aol.com

*/s/ Karen E. Sprole*
Karen E. Sprole